157 A.3d 847

LINDA GROSS AND JEFFREY GROSS, PLAINTIFFS–RESPON-
DENTS, v. GYNECARE, DEFENDANT, AND ETHICON, INC.,
AND JOHNSON & JOHNSON, DEFENDANTS–PETITIONERS.

December 5, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–000011–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.

157 A.3d 847

PHILIP VITALE, PLAINTIFF–PETITIONER,
v. SCHERING–PLOUGH CORPORATION,
DEFENDANT–RESPONDENT.

December 5, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–001156–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.